IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Louis Bellamy, as Trustee for the next of kin of Lucas John Bellamy, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Roselene M. Omweri in her individual capacity, Kay P. Willis in her individual capacity, Michelle D. Diaz in her individual capacity, Lucas Weatherspoon in his individual capacity, Hennepin Healthcare System, Inc., and Hennepin County, Minnesota,<br><br>Defendants. | Case No. 24-cv-170 (DWF/TNL)<br><br>**STIPULATION FOR COURT TO APPROVE SETTLEMENT UNDER MINN. STAT. § 466.08** |

Plaintiff Louis Bellamy, as Trustee for the next of kin of Lucas John Bellamy, and Defendants Hennepin County ("County") and Hennepin Healthcare System, Inc. ("HHS") (collectively, "Defendants"), through their undersigned counsel, hereby stipulate and agree as follows, and for the reasons set forth below, respectfully request that the Court enter the Order Approving Settlement:

WHEREAS, Plaintiff filed this action against Defendants alleging damages sustained by Lucas Bellamy and his next of kin in connection with Mr. Bellamy's death on July 21, 2022;

WHEREAS, Defendants vigorously dispute the claims made in this action;

WHEREAS, Plaintiff and Defendants mediated this action before mediator Karen Kingsley on September 9, 2024, but were unable to reach a mediated resolution;

WHEREAS, the parties continued to negotiate and on or about September 19, 2024, Plaintiff and Defendants agreed to settle this action on terms mutually agreeable to Plaintiff and Defendants;

WHEREAS, Plaintiff's Petition for Distribution of Wrongful Death Proceeds [ECF Doc. No. 43] reflects the monetary terms of the settlement of this action;

WHEREAS, Defendants contend that Minn. Stat. § 466.08 requires court approval for a settlement in excess of $10,000 involving municipal entities like the Defendants;

WHEREAS, Plaintiff does not concede that court approval is required for this settlement to be binding, but agrees to the entry of the Order contemplated by this Stipulation for purposes of efficiently resolving this action;

WHEREAS, if the Court approves the settlement between Plaintiff, the County, and HHS pursuant to Minn. Stat. § 466.08, the County and/or HHS will issue checks totaling the agreed-upon settlement amount after (1) Plaintiff, the County, and HHS have executed a final settlement and release agreement in this action, and (2) this Court has issued its final order approving distribution of the settlement proceeds.

**NOW THEREFORE**, it is stipulated and agreed as follows:

1. The parties hereto, through their respective counsel, stipulate and agree that the Order Approving Settlement may be entered by the Court.

                                                **STORMS DWORAK LLC**

Dated: November 19, 2024        *Jeffrey S. Storms*
                                                Jeffrey S. Storms, #387240
                                                Paul C. Dworak, #391070
                                                Ryan O. Vettleson, #312915
                                                Naomi E.H. Martin, #0402332
                                                222 South 9th Street, Suite 470
                                                Minneapolis, MN 55402
                                                Phone: 612.455.7055
                                                Fax: 612.455.7051
                                                jeff@newmarkstorms.com
                                                paul@newmarkstorms.com
                                                ryan@newmarkstorms.com
                                                naomi@newmarkstorms.com

                                                *and*

                                                Jill A. Oleisky, #278403
                                                OLEISKY & OLEISKY, P.A.
                                                10201 Wayzata Blvd, Suite 260
                                                Minnetonka, MN 55305
                                                Phone: #612-332-3100
                                                jill@oleisky.com


                                                MARY F. MORIARTY
                                                Hennepin County Attorney


Dated: November 19, 2024      By:  */s/Kelly K. Pierce*
                                                KELLY K. PIERCE (0340716)
                                                Assistant Hennepin County Attorney
                                                2000A Government Center, MC200
                                                300 South Sixth Street
                                                Minneapolis, MN 55487
                                                Telephone: (612) 348-5518
                                                Kelly.Pierce@hennepin.us

                                                *Attorney for Defendants Lucas Weatherspoon and Hennepin County*

Dated: November 19, 2024   By: */s/Marissa K. Linden*
MARISSA K. LINDEN (0395564)
Assistant Hennepin County Attorney
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 348-4782
Marissa.Linden@hennepin.us

*Attorney for Defendants Roselene M. Omweri, Kay P. Willis, Michelle D. Diaz, and Hennepin Healthcare System, Inc.*