UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Louis Bellamy, *as Trustee for the next of kin of Lucas John Bellamy, Deceased*,<br><br>                Plaintiff,<br><br>v.<br><br>Roselene M. Omweri, *in her individual capacity;* Kay P. Willis, *in her individual capacity*; Michelle D. Diaz, *in her individual capacity*; Hennepin County, Minnesot; Hennepin Healthcare System, Inc., and Lucas Weatherspoon, *in his individual capacity*,<br><br>                Defendants. | Civil No. 24-170 (DWF/TNL)<br><br><br><br>ORDER FOR DISMISSAL<br>WITH PREJUDICE<br>OF INDIVIDUAL<br>DEFENDANTS |

This matter is before the Court on the stipulation of the parties to dismiss with prejudice Defendants Roselene M. Omweri, Kay P. Willis, Michelle D. Diaz, and Lucas Weatherspoon (Doc. No. [51]).

**IT IS HEREBY ORDERED** that Defendants Roselene M. Omweri, Kay P. Willis, Michelle D. Diaz, and Lucas Weatherspoon are **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party.

Dated:  November 20, 2024

                                                s/Donovan W. Frank
                                                DONOVAN W. FRANK
                                                United States District Judge