# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Louis Bellamy, *as Trustee for the next of kin of Lucas John Bellamy, Deceased*, | Civil No. 24-170 (DWF/TNL) |
| Plaintiff, | |
| v. | |
| Roselene M. Omweri, *in her individual capacity;* Kay P. Willis, *in her individual capacity*; Michelle D. Diaz, *in her individual capacity*; Hennepin County, Minnesot; Hennepin Healthcare System, Inc., and Lucas Weatherspoon, *in his individual capacity*, | **ORDER APPROVING SETTLEMENT** |
| Defendants. | |

This matter is before the Court on the Stipulation for Court to Approve Settlement Under Minn. Stat. § 466.08 (Doc. No. 53). Having been advised that the claims have been fully compromised and settled between Plaintiff Louis Bellamy, as Trustee for the next of kin of Lucas John Bellamy, and Defendants Hennepin County and Hennepin Healthcare System, Inc., and pursuant to the requirements of Minn. Stat. § 466.08;

**IT IS HEREBY ORDERED** that the Stipulation for the Court to Approve Settlement Under Minn. Stat. § 466.08 (Doc. No. [53]) for a sum in excess of $10,000 is **APPROVED**.

Dated: November 22, 2024         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge